34



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Robert Anthony McAulay

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Clare County
John wilson
SGT Schmidt
Dept Dawson, Dept Cooper
Dept MClearn, Dept Chinavare
Magistrate Steven Worpell Jr.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Case: 2:26-cv-12133**
**Judge: Michelson, Laurie J.**
**MJ: Grand, David R.**
**Filed: 06-24-2026 At 03:10 PM**
**PRIS MCAULAY V. CLARE COUNTY ET AL (DA)**

Jury Trial: ☒ Yes ☐ No
*(check one)*

# Complaint for a Civil Case

**POOR QUALITY ORIGINAL**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert MCAulay [redacted]

All other names by which you have been known:

_______________

_______________

ID Number: 206103

Current Institution: Clare County Jail

Address: 225 W Main st
Harrison MI 48625

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Clare County

Job or Title (if known): employs Sheriffs Department

Shield Number: _______________

Employer: State of Michigan

Address: Clare County Sheriffs Dept
255 W Main st Harrison MI 48625

☒ Individual capacity ☒ Official capacity

Defendant No. 2

Name: John Wilson

Job or Title (if known): Clare County Sheriff

Shield Number:

Employer: Clare County Sheriffs Department

Address: 255 W Main St
Harrison MI 48625

☒ Individual capacity ☒ Official capacity

Defendant No. 3

Name: Sergeant Schmidt

Job or Title (if known): Clare County Sergeant

Shield Number:

Employer: Clare County Sheriffs Department

Address: 255 W Main St
Harrison MI 48625

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name: Deputy Dawson

Job or Title (if known): Sheriffs Deputy

Shield Number:

Employer: Clare County Sheriffs Department

Address: 255 W Main St
Harrison MI 48625

☒ Individual capacity ☒ Official capacity

All Defendants Being Sued § 1983, § 241, 242

1. Clare County
2. Sheriff John wilson
3. Sergeant Schmidt
4. Deputy Dawson
5. Deputy Mclearen
6. Deputy Chinavare
7. Deputy Cooper
8. Magistrate Steven Worpell Jr

The Defendants (continued)

5. Deputy Mclearen
Sheriffs Department Deputy
Clare County Sheriffs Department
255 w main st Harrison MI 48625
☒ Individual capacity ☒ official capacity

6. Deputy Chinavare
Sheriffs Department Deputy
Clare County Sheriffs Department
255 w main st Harrison MI 48625
☒ Individual capacity ☒ official Capacity

## The Defendants (continued)

7. Deputy Cooper
Sheriffs Department Deputy
Clare County Sheriffs Department
255 W main st Harrison MI 48625
☒ Individual Capacity ☒ official Capacity

8. Steven Worpell Jr.
Magistrate Clare County District court
District court 80th
225 W main st Harrison MI 48625
☒ Individual Capacity ☒ official Capacity

II B. Constitutional or Statutory rights (continued)

- Neglect of office official Duties (magistrate)
- Intentional infliction of emotional distress (officers)
- Trespass, Breaking and Entering (officers)
- Assault and Battery, Excessive force (officers)
- False imprisonment, wrongfull arrest (officers)
- Negligent Performances of official duties (officers) Worpell
- warrantless Search (officers)
- Illegal entry (Dawson, cooper, Mclearn, Chinavare)
- Illegal manner of entry (Dawson, cooper, Mclearn, chinavare)
- Illegal Search warrant (magistrate worpell, Deputy Dawson)
- Supervisor liability (Sheriff wilson, Seargant Schmidt)
- false Police Report (Dawson, Cooper)

II B. Constitutional or Statutory right (continued)

- False Affidavit for Search warrant (Dawson gave false information)
- Illegal Search and Seizure (all officers Searched Apt #2 with warrant for #3
- False police Report (cooper and Dawson left out first mistaken search)
- Illegal entry (all officers entered Apt #2 without warrant Guns Drawn
- unlawful Arrest (illegally Detained and Arrested after illegal entry)
- excessive force (used firearms and handcuff's while executing illegal entry
- failure to train (officers acted recklessly while knowingly violating rights.
- Supervisor liability (officers directed one another to commit illegal ent
- Aiding and Abetting (7 different officers helped carry out illegal Sea
- 18 USC § 242 (officers use of firearms during illegal entry (cooper Dawson)
- wrong address liability (warrant Signed for Apt #3 not Apt #2)
- malicious prosecution (officers cooper Dawson filed false reports)
- excessive bail (Magistrate Knew constitutional Violations existed)
- Due process (const 1963 Art 1, 15, 16 reasonable bail, court adjourn
- Unlawful expansion of the Search warrant (officers, magistrate)
- Defamation of Character (officers)
- Monell claim (clare county)
- 18 USC § 241 conspiracy to violate rights (all officers Magistrate Worpell.
- MCL 750.110 first degree home invasion (cooper, Dawson, Mclearn,)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

unlawful expansion of the Search warrant
Unlawful Seizure resulting in Damage to property
unlawful Search and seizure
Conspiracy to violate civil rights (§ 241)
Violation of procedural due process and due process of law
Wrongfull arrest
Malicious prosecution
failure to train police
excessive bail
Cruel and unusual Punishment
excessive force use of Dangerous weapons (See Attached)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All the officers conspired and carried out an Illegal search and seizure, After knowingly acknowledging that the warrant they had obtained led them to a location they were not after once they became aware of the invalid warrant after the mistaken search of Apt #3 which was on both the Affidavit and also the search warrant, All the officers had a conversation that was captured on their body worn cameras to reannounce on Apt #2 with the exact same warrant, Several of them can be heard saying Sgt Schindler said "go upstairs" and when Deputy cooper asked "do you want me to reannounce on Apt #2?" Deputy Dawson stated "yep Got it" Cooper announced "Sheriff's office" "Search warrant" while kicking in the door to Apt #2 without a search warrant and telling the occupants he had a warrant for the Apartment when he in fact didn't, officers searched two Apartments with the same search warrant (See Attached)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* ______________________________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Section II and IV violations under US constitution 4th, 5th, 8th, 14th

II D Under Color § 1983 (Continued)

- Sheriff John Wilson is liable for failure to train his officers and Supervisor liability. Wilson didnt give proper training which led the Deputies that work under his control to Committ two Illegal Searches Knowingly and Intentionally

- Sergeant Schmidt is liable for Supervisor liability when he directed the Seven other officers to make an illegal entry and Search the Second Apartment after they made a mistake and Searched the incorrect Apartment with the Same exact warrant, only after the illegal entry and Search did they try to obtain a Search warrant from the magistrate (Revised)

- Deputy Dawson gave Deputy Cooper the command to reAnnounce on the Second Apartment without a warrant, once the door was Kicked in Dawson, cooper Chinavare, Mclearn all rushed the Apartment with Guns drawn on all the occupants yelling "get your fucking hands up" and "lay on the floor" Deputies even told the occupants they had a warrant when they did not.

II D Under Color § 1983 (Continued)

- After all the officers conducted the Search of Apartment #3 which was on the Affidavit for the Search warrant written by Deputy Dawson and also the Search warrant Signed by Magistrate worpell, all the officers Converged in the driveway of the Apartment Building and Conspired with one another to execute an Illegal entry and Search of Apt #2 with exact Same warrant Signed and dated for Apt #3, After entry to Apartment #2 the officers handcuffed the occupants and Searched the Apartment. Deputy Dawson then asked another officer to Contact the magistrate for her and She had a Conversation with Magistrate worpell explaining the Mishap that had taken place and Asked worpell "you want me to return to the Sheriffs Department really Quick and put a 2 there?" Talking about changing the warrant to reflect the correct Apartment. Dawson left to meet the magistrate while the other Deputies continued their business in Apartment #2 Magistrate worpell wholly abandoned his Judicial role and gave dawson a "revised" warrant after the illegal Search and Seizure to help the officers cover up all the

II D Under Color § 1983 (continued)

Constitutional violations and police misconduct they committed. Deputy Dawson along with Deputy Cooper filled out their reports with misleading and false Information leaving out the first initial Search of Apartment #3 and also not mentioning the need to contact magistrate Steven Worpell Jr. to try and obtain the correct Search warrant after illegally entering and searching Apartment #2 without warrant

IV Statement of Claim

1.) Unlawful Expansion of the Search warrant - All officers can be seen and heard on body cam discussing and Agreeing to make an illegal Entry on the Second Apartment, Apartment #2 when the warrant they possessed only Authorized Apartment #3 in which they had already executed and entered and conducted the Search on Apartment #3

2.) Illegal Search and Seizure - All the officers Dawson, Cooper Schmidt, Chinavare and Mclearen all acted and helped carry out the illegal entry into Apt #2 without warrant, Searched the Apartment and arrested the occupants inside Including Robert McAulay, Tiffany Beckett, Thomas Sehy, Brianna Deveraux

IV Statement of Claim (Continued)

3.) Civil Conspiracy to violate civil rights

After the first entry of Apartment #3 officers Converged in Driveway and had a conversation on how the warrant indicated the incorrect apartment and that they Just hit the "wrong one" Their conversations Continued Amongest one another Stating "well can we go upstairs?" another Deputy responds "yeah" then Schmidt Stated "I say go up there and Secure them" and again a Deputy responded "yep" while two Deputies approached the rear of the Apartment building one stated to the other "Schmidt Said go up and Secure it" which he replied "Go upstairs?" and the first Deputy Said "yep" Once Cooper attempted to open the door to Apartment #2 and discovers its locked he asked "you want us to reannounce on this door?" to which Dawson replied "yep get it" Cooper Began pounding on Apt #2 yelling "Sheriffs office Search warrant" despite only having a warrant for Apt #3 that was Just executed moments before. All the officers Knowingly and intentionally Conspired to violate the rights of the occupants in Apt #2 and Carried out first Degree home invasion

IV Statement of Claim (continued)

4.) wrongful Arrest, Malicious prosecution, false police Report
Every officer on scene Knowiningly executed the illegal search which led them to wrongfully arrest and prosecute each occupant in Apartment #2 by filing a false report with the courts stating that only one search took place on the night of July 23, 2025 when in fact two searches took place, one of which I was part of in Apt #2 which was conducted illegally and without a proper warrant

5.) Failure to train, Supervisor liability
John wilson is the Sheriff for Clare County and is liable for failure to properly train his Deputies that work under his control, He recklessly allowed all the Deputies in this case to carry-out illegal acts which he has a duty to properly train them and set Department protocols in place to insure the rights of the people are protected Sergeant Schmidt is also liable as he told the other officers on scene "to go upstairs" after Knowing the warrant was invalid along with Deputy Dawson that stated "yup get it" when asked if they were to reannounce on Apt #2 Prior cases show this is an ongoing Problem within Clare county

IV Statement of Claim (Continued)

6.) Illegal entry, Illegal manner of entry Excessive Force, Invasion of privacy

Deputies Schmidt, Dawson, cooper, chinavare and Mclearn Knowingly Kicked in the Door to Apt #2 without warrant and Guns Drawn and trained on the occupants in a threatening manner to gain compliance when they had no duty to do so. Then Handcuffed Every occupant in the apartment where the occupants were behind the locked Door in Apt #2 and had expectation of privacy held occupants in cuffs for 30 min then sent for warrant

7.) Negligent Performances of official duties

wilson, schmidt, Dawson, cooper, Mclearen, chinavare along with magistrate worpell were all sworn under oath to follow the Departments and courts protocols, They failed to do so when they conspired and carried out this illegal search and seizure and also when they contacted the magistrate and explained the mishap of the invalid warrant and the need to fix the Address to save the search, Magistrate worpell abandoned his Judicial Role and gave the officers a "Revised warrant" which they intentionally left out of the police Report

IV Statement of Claim (continued)

8.) Emotional distress, false imprisonment, excessive Bail

The false reports along with the Deputies illegal behavior have inturn Kept me incarcerated with an unreachable bond, Due to them stating Im a danger to the community, when the police are the Danger when they Kick in a private citizens door without a warrant held all the occupants hostage, Destroyed their (my) Belongings and threw us (me) in Jail because they think they have a badge and are above the law its caused immense pain and sorrow being away from my family that Im the sole provider for we've lost our place to live due to deffamation of charachter and the courts have placed excessive Bail due to false imprisonment and deffamation of character

9.) Duty to Intervene

Police must intervene on behalf of a person whose constitutional rights are being violated by another law enforcement officer. all the officers on scene witnessed a clear civil rights violation (Illegal search and seizure, false arrest, excessive, conspiracy to violate right) not one of them tried to intervene when they had an opportunity too

# Iv Statement of Claim (Continued)

9.) Duty to Intervene (continued)

when SGT Schmidt told them to "go upstairs" without warrant each officer should have and could have have stopped and said NO we need a proper warrant, when Cooper asked "do you want us to reannounce on this door?" Dawson clearly had the opportunity to stop him, Instead she gave the order "yep get it" intentionally giving the command to commit first degree home invasion on Apartment #2 instead of intervening all offices ignored all the reckless and unconstitutional acts and deprived multiple residence in Apartment #2 of their rights

## Individuals being Sued and what being Sued for

1.) Clare County - Being the employer of the Clare County Sheriffs Department, Therefore the county is liable for the Departments Actions as they have made it a custom (list of previous cases)

2.) John Wilson - Failure to train, Supervisor liability

3.) Sergeant Schmidt - Supervisor liability, Illegal entry Illegal Search and Seizure, Excessive force, Trespassing neglect of official duties, infliction of emotional distress false imprisonment, Aiding and Abbetting, Malicious prosecution violation of Due process, expansion of the Search warrant Seizure resulting in property damage, Conspiracy to violate right

4.) Deputy Dawson - Intentional infliction of emotional distress Trespassing, Excessive force, wrongful arrest, false imprisonment neglect performances of official duties, warrantless Search Illegal entry, Illegal manner of entry, Supervisor liability false police report, Illegal Search and seizure, Malicious prosecution wrong address liability, Aiding and Abetting, conspiracy to violate rights, unlawful expansion of Search warrant cruel and unusual punishment, violation of due process

5.) Deputy Mclearen - Same as Dawson (Above)

6.) Deputy Chinavare - Same as Dawson (Above)

7.) Deputy Cooper - Same as Dawson (Above)

excessive bail, Aiding and Abetting

8.) Steven Worpell Jr. - Neglect of office, Illegal warrant, conspiracy

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pages 1-6 Attached for this Section

Officer Dawson had a phone conversation with John walgren on July 23 2025, John stated that he was previously at the residence of 120 E Elm st Apartment #3 on July 17th or 18th when Brianna Deveraux pulled out a 9mm handgun then on July 20 2025 he returned to apartment #3 and observed a pound of meth in a safe. Then a third time on July 21 2025. Deputy Dawson took this information without knowing if the information was truthful or trying to corroborate what John had stated to her, to the Magistrate Judge Steven worpell Jr. In her affidavit for the Search warrant Dawson stated the information she'd recieved from Mr. walgren along with a description of the property at 120 E Elm st and specifically stated that the property to be searched was Apt #3. Under the FACTS establishing probable cause Dawson states "your affiant believes that the issuance of the warrant will lead to the discovery of the items listed in section two of this Affidavit". The warrant was issued by Magistrate worpell on July 23 2025 at 18:05 according to the CAD incident Report. At dusk on the evening of July 23 2025 Sergeant Schmidt, Deputy Dawson, Deputy Mclearen Deputy Chiravare Deputy Cooper Reserve Deputy Rupp and Reserve Deputy Mangus proceed to 120 E Elm st to execute the Search warrant. At 9:43 Deputy Cooper began pounding on the door to apt #3 and within seconds kicked in the door and entered Apartment #3. The Deputies entered the Apartment with guns drawn and yelled for the sole male occupant to get down on the ground. At 9:44 the Deputies realize that Apartment #3 was not the Apartment of interest despite being Identified as such in both Dawsons Affidavit and Worpell's Search warrant. Notwithstanding this realization one of the deputies proceeded to enter and search every

room in Apartment #3. At 9:45 Dawson announced that the upstairs apartment of interest was actually Apartment #2, not Apartment #3 as identified in both Dawson's Affidavit and Worpell's Search warrant. Second later Dawson asked her fellow Deputies "well, can we go up there and secure them?" and another Deputy immediately answered "yeah". Seconds later Sergeant Schmidt stated "I say go up there (to apartment #2) and secure them" and again a Deputy responded "yep". While two of the Deputies proceeded to walk toward the door to Apartment #2 one of the Deputies stated to the other "Sergeant Schmidt said go up to Apartment 2 and secure it" the other Deputy responded "Go upstairs?" to which the first Deputy replied "yep". When Deputy Cooper attempted to open the door to Apartment #2 and discovered it was locked, He asked "you want us to reannounce on this door" to which Dawson replied "yep Get it". At 9:46 Cooper began pounding on the door to Apartment #2 announcing "Sheriff's Office! Search warrant!" Despite having no Search warrant for Apartment #2. After pounding on the door and Attempting to Kick it in twice, A voice from inside Apartment #2 yelled "STOP" in response Cooper yelled "open the Door" and attempted to kick in the door four more times. Without any Search warrant for Apartment 2 the Deputies Continued yelling "open it" and "open the fucking door" with an additional nine Kicks on the door at 9:47 the door to Apartment #2 was Kicked open. Deputies rushed the Apartment Weapons Drawn and yelled "Get your fucking hands up right now" while Simultaneously ordering the occupants to "Lay on the ground" As Deputies walked up the stairs they ordered the occupants to stop moving and terminate their phone calls

(3)

the Deputies began Searching rooms, and Secured three Known occupants in handcuffs and Searched for weapons at 9:49 one of the Deputies explained to the occupants that "they have a Search warrant for the house" despite having a Search warrant only for Apartment #3 and not for Apartment #2, At 9:50 Dawson asks one of the Deputies "Can you call the magistrate for me?" and at 9:51 Dawson began Speaking with Magistrate Worpell regarding the situation during the conversation Dawson asked Worpell "you want me to run back real quick (to the sheriffs office) and put a 2 there?" At 9:52 Dawson ended her call with Magistrate Worpell and indicated that the magistrate was going to amend the original Search warrant to reflect the correct Apartment #2 instead of the incorrect apartment #3. At 9:52 Deputies continued their conversation, the substance of this conversation is unknown due to the Deputies muting their bodycams or the Sheriffs office editing this conversation out of the bodycam video. Shortly before 9:54 magistrate worpell called back and spoke with Dawson for approx one min again the substance of this conversation is unknown due to Deputies muting their bodycams or the sheriffs office editing this out of the bodycam video. At 9:54 Dawson left the residence to return to the Sheriffs office. At 10:00 Dawson sat at her computer to revise her Affidavit for Search warrant, The time at which Magistrate worpell reviewed Dawsons revised Affidavit and issued his amended warrant are unknown due to Dawson and Another Deputy muting their body worn cameras, truncation of Dawsons body worn camera footage and liberal editing of the body worn camera footage that was provided Interestingly the CAD report indicates that at 9:57

the original Search warrant was "AdJusted" presumably So that Apartment 3 was changed to Apartment 2 however Dawson did not even arrive at the Sheriffs office Until 9:59 and did not begin revising her Affadivit until 10:00, The video produced by the prosecution indicate that they have been "redacted to omit potential victim information, law enforcement network information, and potentially personally identifiable information. However it is contextually clear that much more has been edited from the body worn camera footage, particularly with regards to communications between Deputy Dawson and Magistrate Worpell after the error in the Search warrant was discovered and Significantly Deputy Dawson along with Deputy Cooper intentionally omitted from their reports all of the events that occurred up to this point in time. Dawson apparently returned to the Sheriffs office, Amended the original Affidavit for the Search warrant to reflect the correct Apartment #2 instead of the incorrect Apartment #3 and resubmitted the Affidavit for Search warrant to Magistrade Worpell for approval. At 10:05 one Deputy told another that Dawson "has to update the Search warrant" By this time, The occupants of the Apartment had been handcuffed for Approx 30 min with several Deputies present in Apartment 2. At 10:21 Dawson returned to the residence and the Deputies proceeded with the search of Apartment 2

## Facts Backed By Evidence

- Search warrant doesnt have exact date and time of execution As it must according to Fed Rule Crim Proc Rule 41

- Return and Tabulation wasnt filled out MCL 780.655 States Tabulation must be done infront of whom the property was taken from and them left with a copy along with the warrant. Tabulation was Submitted Blank along with the police report and time Stamped 7-28-25

- Deputies body Cameras Show both Searches that took Place in Apartment #3 and apartment #2 but both Deputy Dawsons and Deputy Coopers report fail to mention the first Search mistakenly on Apartment #3 or the need to go and get a "Revised warrant" But they Both added other Smaller details about who was in the driveway and who arrived at the Apartment Complex while the Searches took place, Deputy cooper even became a weather forcaster and mentioned that it started raining. Deputy Dawson Stated Several times in her report "It should be noted" without noting all the Details where the officers acted unlawfully. well it should be noted Several Deputies committed multiple Constitutional violations and illegally Searched and Arrested three people without proper warrant after acknowledging the invalid and improper warrant that has all been captured on their own body worn cameras Audio and video

- Coopers report indicates that the Search of Apartment #2 took place upon entry as he States "while Searching the residence I also located a digital Scale on a shelf near the dining room table and a meth bong in the tank of the toilet" right before he Says he "Secured two suspects in the living room

While Deputies Searched the bedroom to the residence, He "read both suspects in the living room their Miranda Rights" and also at that time while Deputies Searched the bedroom he "observed them locate a female hiding under the bed", let it be noted officers Couldn't See under the bed unless they Pulled out the drawers that are connected to the bed frame that held Clothes which would Show more than officers conducting a protective sweep they made an illegal entry to conduct a Search on Apartment #2 not to "Secure it" as they Say all of the officers in this case Conspired to commit an illegal Search and Seizure on Apartment #2 at 170 E Elm St furthermore they knowingly and intentionally violated Numerous Constitutional Rights in own words [illegible] to cover it all up by obtaining a "revised warrant" [illegible] filing false and misleading reports with the courts not mentioning all the misconduct that took place throughout the entire process of this case

- Dawson Submitted Affidavit on the CI's information and her own belief without any investigation or Corroboration

- Original affidavit along with warrant and Revised Affidavit along with so called "revised warrant" which only contains the last page of warrant have two completely different Signatures and noticably different persons handwriting indicating that the "revised" warrant wasn't signed by Magistrate Worpell which would explain the editing and the officers muting their body cameras while this whole process was taking place

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Wrongfull incarceration been incarcerated since July 23rd, 25 with an unreachable bond Due to the prosecutor bashing my name in the court room telling the Judge that Im a Danger to the community when the police are actually the Danger when they illegally kicked in my Door held me at gun point Arrested me and continued to illegally Search and Seize my person and property, Ive been Deprived of life liberty and property which has caused emotional distress for not only me but my kids since Ive been incarcerated, The false and misleading police reports have the news broadcasting that Im this terrible person to the community. Ive lost my Home vehical, and all property that was left at the residence and have lost my Job over this entire situation. my life has been turned upside down as Ive been held in Jail for the entire year as this case plays out

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Would like every officer charged with the crimes they committed including Aiding and Abetting, use of Dangerous weapons, filing false police report, Assault and battery, and any other charges the court feels Just for their Malicious actions that they knowiningly committed on body cam video

also seeking Monetary and punitive Damages for the Constitutional violations, emotional distress, and Slander of my name to the community in the Amount of $30,000,000 or as the court seems fit for the Constitutional violations, plus punitive Damages

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

each Individual officer

John wilson $1,500,000 supervisor liability, failure to train

SGT Schmidt $4,500,000 supervisor liability, constitutional violations, emotional distress

Dept Dawson $4,500,000 conspiracy, supervisor liability, constitutional violations, emotional distress

Dept Mclearen $1,500,000 conspiracy, constitutional violations, emotional distress, 240, 242 crimes

Dept chinavare $1,500,000 conspiracy, constitutional violations, emotional distress, 240, 242 crimes

Dept cooper $4,500,000 conspiracy, constitutional violations, emotional distress 240, 242 crimes

Magistrate worpell $2,500,000 conspiracy, Neglect of office, Illegal search warrant, excessive bail Neglect performance of official duties, malicious prosecution, violation due process

Clare county $10,000,000 employs all the officers and is liable for actions that are made by the sheriff's Department in clare county

also seeking punitive Damages and any other relief the court deems Just $80,000,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 16th, 2026.

Signature of Plaintiff: Robert McAulay

Printed Name of Plaintiff: Robert MCAulay

**Additional Information:** 42 USC § 1983, 18 USC § 240, 18 USC § 242

- false Affidavit for Search warrant (Dawson)
- Illegal Search & seizure (All officers)
- False Police reports (Dawson - cooper)
- Illegal entry, Illegal manner of entry 18 usc § 242 (Dawson, cooper, chinavare, Mclearn) Guns used
- unlawful Arrest (All officers)
- excessive force (All officers)
- failure to train (sheriff wilson)
- Supervisor liability (wilson, schmidt, Dawson)
- Aiding and Abetting (All officers)
- wrong address liability (All officers)
- warrantless search (All offizers)
- Malicious prosecution (Dawson, cooper, schmidt, Mclearn, magistrate worpell)
- excessive bail (worpell)
- Violation due process (magistrate worpell)
- unlawful expansion of the search warrant (All officers)
- Civil conspiracy to violate rights (All officers) 18 usc § 241
- Violation of procedural due process (worpell)
- Violation of substantive due process (worpell, All officers)
- municipal Monell liability (All officers)
- police's commission of the crime "prima facie"
- excessive bail (magistrate)
- cruel and unusual punishment (All officers, Magistrate)

---

- Motion hearing held 5/4/26 for motion to suppress officers Dawson, schmidt both testified they entered Apt without warrant and without exigent circumstances and sent for warrant after the fact so the fourth Amendment wouldn't be violated, schmidt also stated that he gave the command to enter without warrant, But later in the questioning stated that he wasn't there he committed perjury and lied under oath Police report along with body cam shows that SGT schmidt was on scene with officers when they showed up and also when the searches took place

**Additional Information:** (Continued)

- Civil Conspiracy 42 USC § 1985 (All officers & magistrate werpell JR)
- Neglect of office MCL 750.478, MCL 750.505 (All officers & magistrate)
- Violation of Due process MCL 780.655 (no return and tabulation filled out)
- unlawful invasion of rights (officers & magistrate)
- MCL 750.110 a first degree Home Invasion (Dawson, cooper, Mclearen, chinavare)
- conspiracy to commit home invasion (All officers)

---

- Policy or Custom to Show history of the Clare County Sheriffs Department acting in negligent manners which is a repeating occurance to file for Monell Claim and failure to train officers

1.) Cutsinger v Humphrey 2015 US Dist Lexis 150191
2.) Scozzari v City of Clare 723 F Supp 2d 945
3.) Lowden v County of Clare 709 F Supp 2d 540, 545
4.) Smith v Clare County 2021 US Dist Lexis 141516
5.) Ketzbeau v Ivy 2024 US Dist Lexis 190261
6.) Brennan v Dawson 2017 US Dist Lexis 144721
7.) McAulay v Clare Cnty 2026 US Dist Lexis 104786
8.) Elliot v Lator 2006 US Dist Lexis 46963

Original

# SEARCH WARRANT

**State of Michigan**
**80th District Court**

**Case No: 25-204-9**

**TO THE SHERIFF OR ANY PEACE OFFICER:**

**Deputy Ashley Dawson**, Affiant has sworn to the attached affidavit regarding the following:

1. ***The person, place or thing to be searched is described as and is located at:***

The property located at 120 E Elm St, Harrison, MI 48625 in the township of Hayes, County of Clare. The property is described as a two story residential apartment with 3 apartments. The apartment your affiant is seeking access to is apartment 3. This apartment is the only top apartment. The apartment complex sits on the South side of Elm St, East of 2nd St. There is a pink chair on the deck of apt 3.

The place to be searched are any and all out buildings, vehicles, people present and campers that are located at the described residence above.

Vehicles or persons present at or arriving during the execution of the search warrant.

Furthermore the land and the junk on the property itself is to be searched.

2. ***The PROPERTY to be searched for and seized, if found, is specifically described as:***

The person, place, or thing described in paragraph 1 is the property or person to be searched. Investigators are seeking to seize any and all controlled substances, whether scheduled or unscheduled, including, but not limited to methamphetamine, marijuana, opiates or opiate derivatives, cocaine, heroin.

Any and all drug-related paraphernalia, including, but not limited to scales, packing material, rolling papers, pipes.

Any lock boxes or safes. Any firearms or weapons of any kind. Any ammunition. Telecommunication devices, including, but not limited to, cellular telephones, pagers; computers, associated computer storage devices, computer hardware and software, other electronic media. Any associated passwords/codes for those devices or safes.

Vehicles or persons present at or arriving during the execution of the search warrant.

original

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant with affidavit attached and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the Court.

**Issued:** 7/23/25

P77949

**Judge/Magistrate**

94 L.Ed 2d 72

480 US 79, 84 107 S.Ct 1013 94 L.Ed 2d 72 (1987)

**RETURN AND TABULATION**

**Search was made** ______________ **and the following property was seized:**
**Date**

MCL § 750.655 (Violation of Due process under [illegible]

[illegible] Clearly Blank, which [illegible]
Seized from the Search. In the [illegible] would be filed with
the court which has [illegible] by law, [illegible]
that the post search failure to file the [illegible] is "fundamentally
unfair" United States v Hill 2025 US Dist Lexis 217283

People v Moten [illegible] 169 706 NW 2d [illegible] (198[illegible])
People v Sobczak-Obetts 238 Mich App 495 606 NW 2d [illegible] ([illegible])
People v Tennon 70 Mich App 447 245 NW2d 756 (1976)

**Officer** ______________ **Witness** ______________

**A COPY of Affidavit, warrant and tabulation served on:**
______________
**Tabulation filed:** ______________
**Date**

*** United States v Collins 830 F2d 145 (CA9 1987) (Important!)

Wrong Address, [illegible] own [illegible]
they [illegible] to get the [illegible]

<u>United States v Shaw</u> 707 F3d 666

An officer may not falsely [illegible] owner that he has a [illegible] for a [illegible], then use [illegible] as Basis for [illegible], entry [illegible] the [illegible]

[illegible] along with [illegible] a [illegible]

[illegible] Kid [illegible], when [illegible]

[illegible]

Dawson's Signature

July 28, 25 8:13

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: Clare

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

McAulay Robert Anthony

**(b)** County of Residence of First Listed Plaintiff: Clare
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

See Attached

County of Residence of First Listed Defendant

NC

At

**Case: 2:26-cv-12133**
**Judge: Michelson, Laurie J.**
**MJ: Grand, David R.**
**Filed: 06-24-2026 At 03:10 PM**
**PRIS MCAULAY V. CLARE COUNTY ET AL (DA)**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZE[...] *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [X] ~~550 Civil Rights~~
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 USC 1983 Illegal Search and Seizure 18 USC 241 - 18 USC 242 conspiracy

Brief description of cause: Search & Seizure-Police misconduct,-Dangerous use of weapons - Conspiracy

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $80,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE Hon Tara Hovey — 55th Clare county — DOCKET NUMBER 2025-007745-FC

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

Robert McAulay
225 W Main st
Harrison MI 48625






United States Dist Court
Clerks office
231 Lafayette Boulevard
Detroit MI 48226

RECEIVED
JUN 24 2026
CLERK'S OFFICE
U.S. DISTRICT COURT