2

Court Clerk Case # 26-12133

This letter is in regards to Case # 26-12133 that was filed on June, 25, 2026 Ive recieved the order waiving the prepayment of filing fee's and would like the court to be aware of the misspelling of my last name in the case, The court has it spelled MCAvlay as it should be McAulay also at this time I would like to ask the court to put this case into stay as the criminal case # 25-7745-FC that pertains to this civil matter is currently going through the michigan court of appeals in an Interlocutory appeal and the reason for my early filing of this civil matter was due to being unsure of the statute of limitations regarding the issues in my case, I wanted to make sure the case was filed before the one year mark to be sure that the statute of limitations wouldn't be an issue thankyou for your time and consideration in these matters

FILED
JUL 27 2026
CLERK'S OFFICE
DETROIT

Respectfully

Robert McAulay 7-21-26

225 w Main st
Harrison MI 48625 Robert MCAulay

Robert McAllay
225 W main st
Harrison MI 48625

METROPLEX MI 480
23 JUL 2026 AM 9 L




United States Dist court
Clerks office, Court clerk
231 Lafayette Boulevard
Detroit, MI 48226

U.S. MARSHALS

RECEIVED
JUL 27 2026
CLERK'S OFFICE
DETROIT

48226-270099